# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:07-cr-220-Orl-22GJK**

**WILLIAM ROBINSON**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 62),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing

pursuant to Local Rule 6.01(c)(16) on December 16, 2008.

After an independent *de novo* review of the record in this matter, and noting that both

parties filed Notices of No Objection (Doc. Nos. 63 and 64), the Court agrees entirely with the

findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered December 16, 2008 (Doc. No. 62) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **THURSDAY, January

8, 2009, at 4:00 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W.

Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause

why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 17, 2008.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
William Robinson

ANNE C. CONWAY
United States District Judge

-2-